**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

In Re: Robert J. Duhon, Jr.                                     Case No. 17-30649
        (Debtor)

Robert J. Duhon, Jr.                                             Chapter 7
(Movant)

vs
Iberiabank
(Respondent)

NOTICE OF MOTION

DEBTOR HAS FILED DOCUMENTS WITH THE COURT FOR A MOTION TO AVOID JUDICIAL LIEN

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.** If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.

If you do not want the court to Approve the Motion to Avoid Judicial Lien or if you want the court to consider your views on the Motion, then you or your attorney shall file with the court a written objection or response on or before **July 21, 2017,** pursuant to FRBP 9006(f). If you are receiving this notice by mail, you may add 3 days to the response date stated above. The objection or response should be sent to:

Clerk, U. S. Bankruptcy Court
Middle District of Georgia
P. O. Box 1957
Macon, Georgia 31202
478-752-3506

**If an objection or response is filed, a hearing on the motion shall be held on:**

**August 16, 2017 at 2:00 pm at the US Courthouse and Post Office, 115 East Hancock Ave, Athens, Georgia 30601.**

If you mail your response or objection to the court for filing, you shall send it early enough so the court will **receive** the objection or response on or before the response date stated above.

Any response or objection shall also be served on the movant.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to Local Bankruptcy Rule 9004.

Dated this 30th day of June, 2017.                 /s/ Kathryn A. Brow

Kathryn A. Brow GA Bar No. 425482
Brow & Associates, LLC
P.O. Box 1147
Evans, GA 30809
706-688-9007
kbrow@browlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

In Re:  Robert J. Duhon, Jr.                                           Case No. 17-30649
        (Debtor)

Robert J. Duhon, Jr.                                                   Chapter 7
(Movant)

vs
Iberiabank
(Respondent)

## MOTION TO AVOID JUDICIAL LIEN

The debtor/movant in the above-styled action and under the authority of the United States Bankruptcy Code, Section 522(f), move the court for an order as follows:

1.

The Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on June 12, 2017.

2.

The Respondent possesses a judgment against the debtor and has recorded a judicial lien against all of debtors real and personal property. The judicial lien is recorded under Docket No. 15-CV-206 in the Greene County Superior Court, Greensboro, GA.

3.

The debtor is entitled to exempt certain property and there is no excess equity in any of the debtors property that is not otherwise exemptible. Therefore, this judicial lien impairs the debtors ability to claim exemptions in real and personal property to which the debtor is entitled.

Wherefore, the debtor prays that the court enter an order granting this motion and avoiding the fixing of the judicial lien on or against any property of the debtor both real and personal.

/s/Kathryn A. Brow
Attorney for Debtor
GA Bar No. 425482

COUNTY OF      **GREENE**

STATE OF GEORGIA

# VERIFICATION

Personally appeared before the undersigned officer  Robert J. Duhon, Jr.  who says under oath that the facts stated in the above and foregoing Motion is true.

Dated this 30th day of June, 2017.

/s/ Robert J. Duhon, Jr.

_____

/s/ Kathryn A. Brow

_____

Kathryn A. Brow GBN: 425482

P.O. Box 1147

Evans, GA 30809

Sworn to and subscribed before me this

30th day of June, 2017.

/s/ Alicia L. Coleman

Alicia L. Coleman
Notary Public, Richmond County, Georgia
My Commission Expires March 29, 2020

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

In Re: Robert J. Duhon, Jr.   Case No. 17-30649
(Debtor)

Robert J. Duhon, Jr.   Chapter 7
(Movant)

vs
Iberiabank
(Respondent)

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing Motion, Verification, Certificate, and Notice upon the Chapter 13 Trustee and creditors below either by U.S. Mail with sufficient postage affixed to ensure proper delivery or by electronic means through NEF.

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

**Electronically mailed to:**

Ernest V. Harris
admin@harrisliken.com, GA42@ecfcbis.com;cdavis@harrisliken.com

U.S. Trustee - MAC
Ustp.region21.mc.ecf@usdoj.gov

Iberiabank
c/o Bondurant Mixson & Elmore LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309

Greene County Superior Court
113 N. Main Street, Ste. 109
Greensboro, GA 30642

This 30th day of June, 2017.

/s/ Kathryn A. Brow
Kathryn A. Brow GA Bar No. 425482
Brow & Associates, LLC
P.O. Box 1147
Evans, GA 30809
706-688-9007
kbrow@browlaw.com