**SO ORDERED.**

**SIGNED this 25 day of July, 2017.**



_____
**James P. Smith
Chief United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| In Re:  Robert J. Duhon, Jr.<br>          (Debtor/Movant) | Case No. 17-30649<br><br>Chapter 7 |
| vs<br> Iberiabank<br>  (Respondent) | |

### ORDER ON MOTION TO AVOID JUDICIAL LIEN

The motion of the debtor seeking avoidance of the judicial lien held by the respondent in the above-styled matter having been served on the respondent and no objection having been filed within the court.

IT IS HEREBY ORDERED that the motion to avoid judicial lien of the debtor is hereby Granted. The court avoids the fixing of the judicial lien on the real and personal property of the debtor, subject to reinstatement under 11 U.S.C. § 349 upon dismissal of the case.

**END OF DOCUMENT**

Order Prepared By:
Kathryn A. Brow G A Bar No. 425482
P.O. Box 1147
Evans, GA 30809
(706) 688-9007
kbrow@browlaw.com