**SO ORDERED.**

**SIGNED this 1 day of November, 2017.**



_____
**James P. Smith
Chief United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## AUGUSTA DIVISION

IN RE:
    ROBERT J. DUHON, JR.                  CHAPTER 7
    DEBTOR                                       CASE NO. 17-30649

### ORDER DISMISSING CASE

The motion of the debtor seeking to dismiss her case having been filed with the court, it is

ORDERED that debtor's case is dismissed.

**[END OF DOCUMENT]**

Order Prepared By:
Kathryn A. Brow
GA Bar No. 425482
PO Box 1147
Evans, GA 30809
706-688-9007
kbrow@browlaw.com